## Commonwealth *v.* Goslee, Appellant.

Submitted November 10, 1969. *Gilbert D. Levine, S. Sanford Kantz,* and *Levine & Kantz,* for appellant; *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Harper, Appellant.

Submitted November 10, 1969. *M. Fletcher Gornall, Jr.,* and *Magenau and Gornall,* for appellant; *William E. Pfadt,* District Attorney, for Commonwealth, appellee.

Order affirmed.